**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ENGAGE AVIATION, INC,**

**Plaintiff(s),**

**v.** **Case No. 8:17-cv-562-T-26TBM**

**REPUBLIC OF ARGENTINA,**

**Defendant(s).**

______________________________________/

**RELATED CASE ORDER**
**INTERESTED PERSONS ORDER**
**ORDER REQUIRING ELECTRONIC FILING**
**AND NOTICE OF TRACK DESIGNATION**

**RELATED CASE ORDER**: No later than **March 23, 2017**, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.

**INTERESTED PERSONS ORDER**: This Court makes an active effort to screen every case in order to identify parties and interested corporations in which any assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal. Accordingly, no later than **March 23, 2017**, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee **shall file and serve** a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT utilizing the attached form.

No party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum,

response, or other paper - - including emergency motion - - may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

Each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within eleven days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer, or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

In order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case - - including the names of all parties and intervenors - - on all motions, memoranda, papers, and proposed orders submitted to the clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b).

**NOTICE OF TRACK DESIGNATION**: In accordance with Local Rule 3.05, this action is designated as a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report. The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge Richard A. Lazzara, United States District Judge. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting. Fed.R.Civ.P. 26(d); Local Rule 3.05(c)(2)(B).

**ORDER REQUIRING ELECTRONIC FILING:** All attorneys appearing before this Court are **required** to register for CM/ECF docketing **within 15 days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under 'CM/ECF' where they **are to request their password** from the Court. (**NOTE**: ***Pro se*** **parties are exempt from the electronic filing requirement.**)

**DONE AND ORDERED** at Tampa, Florida, on March 9, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**ATTACHMENTS**:
Notice of Pendency of Other Actions [mandatory form]
Magistrate Judge Consent/Letter to Counsel
Magistrate Judge Consent/Entire Case
Magistrate Judge Consent/Specified Motions
Case Management Form (web): www.flmd.uscourts.gov [mandatory form]

**COPIES TO**:
All Counsel of Record
All *pro se* Parties